Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Margaret Lambrose
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Maggie_Lambrose@fd.org


*Attorney for Petitioner Edvan Macero Camacho

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Edvan Macero Camacho, | Case No. 2:26-cv-01299-APG-DJA |
| Petitioner, | |
| v. | **ORDER GRANTING** |
| John Mattos, *et al.*, | **Unopposed Motion for Extension of Time to file First Amended § 2241 Petition** |
| Respondents. | |

Petitioner Edvan Macero Camacho, through counsel Margaret Lambrose, Assistant Federal Public Defender, respectfully moves for a 30-day extension of time, from May 20, 2026 to June 19, 2026, to file his First Amended § 2241 Petition.

Good cause exists for this extension. Mr. Camacho previously accepted voluntary deportation and initially waived his appeal rights without understanding the consequences of doing so. He has since informed counsel that he appealed that decision. Counsel requires additional time to determine whether that appeal was accepted by the BIA before she can assess whether viable claims exist to support an amended petition—or, alternatively, notify this Court that no viable claims exist

and that the pro se petition should be dismissed without prejudice. In short, the extension is necessary to allow the immigration court process to run its course.

Undersigned counsel has confirmed that SAUSA Martin Mayer does not object to this request.

Dated May 19, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Margaret Lambrose*
Margaret Lambrose
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated:_May 20, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2