# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EDVAN MACERO CAMACHO,

    Petitioner,

v.

PAMELA BONDI, et al.,

    Respondents

Case No.: 2:26-cv-01299-APG-DJA

**Order**

Petitioner's counsel requests that I order the government to provide a copy of Form I-205 (Deportation Warrant) to confirm that petitioner Edvan Camacho was deported to Venezuela.  If he was deported to Venezuela, then his petition is moot.

I THEREFORE ORDER the respondents to provide petitioner's counsel the Form I-205 for petitioner Edvan Macero Camacho by Friday, June 26, 2026.

DATED this 22nd day of June, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE