**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDVAN MACERO CAMACHO, | Case No.: 2:26-cv-01299-APG-DJA |
| Petitioner, | **Order Dismissing Case** |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents | |

Mr. Camacho has been deported from the United States.

I THEREFORE ORDER that petitioner's motion to dismiss his petition as moot **(ECF No. 11) is GRANTED**.  The clerk of court is instructed to close this case.

DATED this 29th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE